UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

RAULIN PAREDES ACEVEDO,
                    Defendant.

04 Cr. 0363 (JGK)

**MEMORANDUM OPINION AND ORDER** ~~UNDER SEAL~~

JOHN G. KOELTL, District Judge:

The Court has received a letter from defense counsel dated August 11, 2010. The Court will file this letter under seal because it contains personal information about the defendant.

The defendant asserts that he has not been given credit for time for which he should be credited by the Bureau of Prisons. The determination of the date that should be used as the starting date for a sentence in view of time that allegedly should be credited to a defendant for prior incarceration is a matter entrusted to the Bureau of Prisons. See United States v. Gonzalez, 192 F.3d 350, 353 (2d Cir. 1999). The defendant should pursue any remedies with the Bureau of Prisons before seeking any relief from the Court. See United States v. Luna-Reynoso, 258 F.3d 111, 117 (2d Cir. 2001).

SO ORDERED.

Dated:   New York, New York
         August 24, 2010

                                    John G. Koeltl
                                    United States District Judge

- 1 -